**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CIVIL ACTION NO. 2012-258 (WOB-CJS)**

**PATRICK SIMPSON, ET AL**                                              **PLAINTIFFS**

**VS.**                                              <u>**ORDER**</u>

**UNITED STATES OF AMERICA**                                              **DEFENDANT**


  This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 56). The Court finding that plaintiffs' objections to the Magistrate's Report and Recommendation are without merit,

  **IT IS ORDERED:**

  1) That the Report and Recommendation of the Magistrate Judge (Doc. 56) be, and it is, hereby **adopted** as the findings of fact and conclusions of law of the court;

  2) That Plaintiffs' Motion for Leave to file an Amended Complaint (Doc. 48) be, and is hereby, **denied**; and

  3) That the Clerk shall submit the file to Magistrate Judge Candace J. Smith to take up the current case schedule presently held in abeyance (Doc. 55).

  This 11th day of August, 2014.



Signed By:

<u>*William O. Bertelsman*</u>  *WOB*

**United States District Judge**